**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SUSAN J. COSGROVE AND HOWARD G. ESHLEMAN, AS CO-EXECUTORS OF THE ESTATE OF IRENE M. ESHLEMAN, | : : : : | No. 549 MAL 2015 |
| | : | Petition for Allowance of Appeal from |
| Respondents | : | the **Unpublished Judgment Order and** |
| | : | **Order** of the Superior Court at No. 761 |
| | : | MDA 2014 entered on June 18, 2015, |
| v. | : | **affirming** the Order Entered of the |
| | : | Lancaster County Court of Common |
| | : | Pleas at No. 12-11713 entered on April |
| MANOR CARE OF LANCASTER, PA, LLC | : | 4, 2014 |
| D/B/A MANORCARE HEALTH | : | |
| SERVICES-LANCASTER, HCR MANOR | : | |
| CARE, INC., MANORCARE HEALTH | : | |
| SERVICES, INC., AND MANOR CARE, | : | |
| INC., | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**                                         DECIDED:  November 15, 2016

     **AND NOW**, this 15th day of November, 2016, the Petition for Allowance of

Appeal is **GRANTED**.  The Superior Court's order is **VACATED**, and the matter is

**REMANDED** for reconsideration in light of *Taylor v. Extendicare Health Facilities, Inc.*,

___ A.3d ___, 2016 WL 5630669 (Pa. Sept. 28, 2016).